# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01128-JLK

CARL GARCIA

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR MESA COUNTY, COLORADO, CORRECTIONAL HEALTHCARE COMPANIES, INC., CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
DEE YENTER, individually,
LEAH THRAILKILL, individually, and
LORRAINE LAMB, LPN, individually.

    Defendants.

## ORDER

Plaintiff's Unopposed Motion to Change Caption and Complaint to Reflect True Name of Nurse Jane Doe (doc. #15), filed July 31, 2009, is GRANTED. The caption and Amended Complaint are modified to reflect the true name of Nurse Jane Doe to be Lorraine Lamb, LPN, as indicated above.

    Dated:  August 5, 2009

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT