**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.  09-cv-01128-JLK-LTM

CARL GARCIA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS FOR MESA COUNTY, COLORADO,
STANLEY HILKEY, in his official capacity as the Sheriff of Mesa County,
CORRECTIONAL HEALTHCARE COMPANIES, INC.,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
DEE YENTER, R.N., individually,
LEAH THRAILKILL, individually, and
LORRAINE LAMB, LPN, individually,

    Defendants.

---

**ORDER RE: EXPEDITED BRIEFING SCHEDULE (docket # 26)**

---

The Court, after review of Defendants' Healthcare Companies, Correctional Health Management, Yenter, Thrailkill and Lamb (docket # 26), hereby ORDERS that Plaintiff and Defendant Board of County Commissioners for Mesa County file their response thereto no later than August 21, 2009, and that any reply thereto be filed no later than August 27, 2009.

DATED at Grand Junction, Colorado, this 25th day of August, 2009.

                    BY THE COURT:

                    s/Laird T. Milburn
                    _____
                    Laird T. Milburn
                    United States Magistrate Judge