IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-01128-JLK-LTM

CARL GARCIA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS FOR MESA COUNTY, COLORADO,
STANLEY HILKEY, in his official capacity as the Sheriff of Mesa County,
CORRECTIONAL HEALTHCARE COMPANIES, INC.,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
DEE YENTER, R.N., individually,
LEAH THRAILKILL, individually, and
LORRAINE LAMB, LPN, individually,

    Defendants.

## ORDER RE: MODIFICATION OF COURT ORDER (docket # 57)

The Court, has received and reviewed the Motions filed by the Mesa County Defendants (docket # 58) and the CHM Defendants (docket # 59), both dated May 3, 2010, requesting an extension of time to respond to Plaintiff's Motion for Leave to File Second Amended Complaint (docket # 51), dated April 26, 2010, and Plaintiff's response thereto (docket #s 60 & 61), dated May 4, 2010.

For the reasons set forth therein, the Court hereby modifies its ORDER of April 28, 2010 (docket # 57) as follows:

It is **ORDERED** that the Defendants hall have until May 17, 2010 to respond to Plaintiff's Motion for Leave to File Second Amended Complaint, and Plaintiff shall respond thereto by May 20, 2010

It is further **ORDERED** that the Defendants shall respond to Plaintiff's Motion to Amend the Scheduling Order (docket # 53) and Shortening the Time to Respond to Specific Discovery Requests (docket # 55), both dated April 26, 2010, by May 7, 2010 and Plaintiff shall reply by May 10, 2010.

The hearing scheduled for May 11, 2010 shall concern only those issues raised by Plaintiff's Motions (docket #s 53 & 55) regarding scheduling and discovery. Both Plaintiff's counsel and counsel for the CHM Defendants may attend by telephone with Plaintiff's counsel to arrange phone conference to the Court by calling 970.241.2187.

DATED at Grand Junction, Colorado, this 5th day of May, 2010.

BY THE COURT:

s/Laird T. Milburn

_____
Laird T. Milburn
United States Magistrate Judge