IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-01128-JLK-LTM

CARL GARCIA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS
FOR MESA COUNTY, COLORADO,
STANLEY HILKEY, in his official capacity as the Sheriff of Mesa County,
CORRECTIONAL HEALTHCARE COMPANIES, INC.,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
DEE YENTER, R.N., individually,
LEAH THRAILKILL, R.N., individually, and
LORRAINE LAMB, LPN, individually,

    Defendants.

## ORDER RE: PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER (docket # 53)

At hearing held on May 11, 2010 regarding Plaintiff's Motions for Forthwith Hearing and Forthwith Order Shortening the Time for Responding to a Specific Discovery Request in Light of Time Pressures Generated by the Statute of Limitations (docket # 55) filed April 26, 2010 and Plaintiff's Motion for Modification of Scheduling Order with Respect to Time to Join Parties and Amend Pleadings (docket # 53), also dated April 26, 2010. All of the parties requests that the Court modified the Stipulated Scheduling and Discovery Order entered on February 01, 2010 (docket # 45) regarding Part 6 entitled **Case Plan and Schedule**. Therefore, in accordance with that request, it is hereby **ORDERED**: the Discovery Cutoff is extended to October 24, 2010 and the Dispositive Motions deadline is extended to November 22, 2010.

**IT IS FURTHER ORDERED** that Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before August 1, 2010, Defendants shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before September 1, 2010 and, the parties shall designate all rebuttal

experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before October 1, 2010.

DATED at Grand Junction, Colorado, this 12th day of May, 2010. Nunc pro Tunc May 11, 2010.

BY THE COURT:

_____
Laird T. Milburn
United States Magistrate Judge