IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-01128-JLK-LTM

CARL GARCIA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS FOR MESA COUNTY, COLORADO,
STANLEY HILKEY, in his official capacity as the Sheriff of Mesa County,
CORRECTIONAL HEALTHCARE COMPANIES, INC.,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
DEE YENTER, R.N., individually,
LEAH THRAILKILL, individually, and
LORRAINE LAMB, LPN, individually,

    Defendants.

## ORDER CLARIFYING PERVIOUS ORDER: MODIFICATION OF COURT ORDER (docket # 65)

On May 5, 2010, this Court entered an order (docket # 65) modifying the Court's Order of April 28, 2010 (docket # 57). The Order of May 5, 2010 (docket # 65) granted motions filed by the Defendants on May 3, 2010 (docket # 58 & 59) for an extension of time to file responses to Plaintiff's Motion to Amend/Correct/Modify the Second Amended Complaint (docket # 51) to May 17, 2010, the Plaintiff to file his reply to such responses by May 20, 2010.

DATED at Grand Junction, Colorado, this 12th day of May, 2010.   Nunc pro Tunc May 11, 2010.

BY THE COURT:

_____
Laird T. Milburn
United States Magistrate Judge