IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-01128-JLK-LTM

CARL GARCIA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS FOR MESA COUNTY, COLORADO,
STANLEY HILKEY, in his official capacity as the Sheriff of Mesa County,
CORRECTIONAL HEALTHCARE COMPANIES, INC.,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
DEE YENTER, R.N., individually,
LEAH THRAILKILL, individually, and
LORRAINE LAMB, LPN, individually,
LIEUTENANT DOE, a Mesa County Sheriff, individually,
LIEUTENANT RUSSELL KENDALL, a Mesa County Sheriff, individually,
LIEUTENANT CRAIG MILLER, a Mesa County Sheriff, individually,
LIEUTENANT BRENDA APOLINAR, a Mesa County Sheriff, individually,

    Defendants.

---

**ORDER RE: PLAINTIFF'S MOTION TO CHANGE CAPTION OF REVISED
SECOND AMENDED COMPLAINT TO REFLECT THE
NAMES OF ALL PARTIES (docket # 93)**

---

The Court, after review of Plaintiff's Motion to Change Caption of Revised Second Amended Complaint to Reflect the Names of all Parties, and after review of the file, hereby

**GRANTS** Plaintiff's Motion to Change Caption of Revised Second Amended Complaint (docket # 93).

DATED at Grand Junction, Colorado, this 25th day of June, 2010.

BY THE COURT:

s/ Gudrun J. Rice

_____
Gudrun J. Rice
United States Magistrate Judge