**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice**

Civil Action No. 09-cv-01128-JLK-GJR

CARL GARCIA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS FOR MESA COUNTY, COLORADO,
STANLEY HILKEY, in his official capacity as the Sheriff of Mesa County,
CORRECTIONAL HEALTHCARE COMPANIES, INC.,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
DEE YENTER, R.N., individually,
LEAH THRAILKILL, individually, and
LORRAINE LAMB, LPN, individually,
LIEUTENANT DOE, a Mesa County Sheriff, individually,
LIEUTENANT RUSSELL KENDALL, a Mesa County Sheriff, individually,
LIEUTENANT CRAIG MILLER, a Mesa County Sheriff, individually,
LIEUTENANT BRENDA APOLINAR, a Mesa County Sheriff, individually,

    Defendants.

---

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTIONS FOR MODIFICATION OF
SCHEDULING ORDER (docket # 97 & 110)**

---

The Court, after review of Plaintiff's Unopposed Motions for Modification of Scheduling Order (docket #s 97 & 110), and after review of the file, hereby

**GRANTS** Plaintiff's Motions for Modification of Scheduling Order (docket #s 97 and 110).

DATED at Grand Junction, Colorado, this 20th day of July, 2010.

BY THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
United States Magistrate Judge