# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01128-JLK-GJR

CARL GARCIA

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR MESA COUNTY COLORADO;
STANLEY HILKEY, in his official capacity as the Sheriff of Mesa County;
CORRECTIONAL HEALTHCARE COMPANIES, INC;
CORRECTIONAL HEALTHCARE MANAGEMENT, INC;
DEE YENTER, R.N., individually;
LEAH THRAILKILL, individually;
LORRAINE LAMB, individually;
LIEUTENANT DOE, a Mesa County Sheriff, individually;
LIEUTENANT RUSSELL KENDALL, a Mesa County Sheriff, individually;
LIEUTENANT CRAIG MILLER, a Mesa County Sheriff, individually;
LIEUTENANT BRENDA APOLINAR, a Mesa County Sheriff, individually.

    Defendants.

## ORDER RE: UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Court, having reviewed the Unopposed Motion for Modification of Scheduling Order, hereby GRANTS the Motion.

It is hereby ORDERED: Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before November 1, 2010, Defendants shall designate al experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before December 1, 2010 and, the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before January 3, 2011.

IT IS FURTHER ORDERED: the Discovery Cutoff is extended to January 25, 2011, and the Dispositive Motions deadline is extended to February 22, 2011.

DATED at Grand Junction, Colorado, this 13th day of September, 2010.

BY THE COURT:

*Gudrun J. Rice*

Judge Gudrun J. Rice
United States Magistrate Judge