IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 09-cv-01128-JLK-GJR

CARL GARCIA,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS FOR MESA COUNTY, COLORADO,
STANLEY HILKEY, in his official capacity as the Sheriff of Mesa County,
CORRECTIONAL HEALTHCARE COMPANIES, INC.,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
DEE YENTER, R.N., individually,
LEAH THRAILKILL, individually, and
LORRAINE LAMB, LPN, individually,
LIEUTENANT DOE, a Mesa County Sheriff, individually,
LIEUTENANT RUSSELL KENDALL, a Mesa County Sheriff, individually,
LIEUTENANT CRAIG MILLER, a Mesa County Sheriff, individually,
LIEUTENANT BRENDA APOLINAR, a Mesa County Sheriff, individually,

    Defendants.

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO VACATE
THE STATUS CONFERENCE (docket # 120)**

The Unopposed Motion to Vacate the Status Conference (docket # 120) is **GRANTED**.

The Status Conference set for October 07, 2010 at 1:30 p.m. is **VACATED**.

DATED at Grand Junction, Colorado, this 27th day of September, 2010.

                              BY THE COURT:

                              s/ Gudrun J. Rice

                              Gudrun J. Rice
                              United States Magistrate Judge